United States District Court
Northern District of California

1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **NORTHERN DISTRICT OF CALIFORNIA**
8
9
10
11
12 **THE WET SEAL, INC.,**              **Case No.: 11-CV-05629 YGR**
13        **Plaintiff,**                **ORDER DENYING STIPULATION TO CONTINUE TRIAL DATE; OFFER TO REFER TO MAGISTRATE JUDGE**
14
   **vs.**
15
16 **FASHION BOX GROUP, S.P.A.** *et al.*,
17        **Defendant(s).**
18

19    The Court has reviewed the parties' Stipulation to Continue the Trial. The Court's trial
20 schedule cannot accommodate the parties' request. Therefore, the Court **DENIES** the parties'
21 Stipulation.
22    The Court encourages the parties to consent to the jurisdiction of a magistrate judge who can
23 provide a later trial date. This option is being made available because the magistrate judges in this
24 District have smaller civil dockets and no felony criminal cases and may be able to accommodate the
25 parties' request for a later trial date. For the parties' convenience, a consent form is attached hereto;
26 forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.
27    Counsel are ordered to discuss this option with their clients, and then the parties shall meet
28 and confer regarding same. The Court will accept requests for assignment to a specific magistrate

judge or magistrate judges.[1] When the parties meet and confer, the parties also must discuss the parties' availabilities for alternate trial dates.

The parties' Stipulation to Continue the Trial (Dkt. No. 34) is **DENIED**.

Within 7 days of the date of this Order the parties shall advise the Court whether they will consent to try this case before a magistrate judge. If so, the parties may provide a list of those magistrate judges to whom they will agree to consent and their preferred trial date(s). The Court will then advise the parties whether their choice of magistrate judge(s) can guarantee their trial date(s).

This Order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Date: May 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Profiles can be found at http://cand.uscourts.gov/judges.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE WET SEAL, INC.,**<br><br>        **Plaintiff,**<br><br>    **vs.**<br><br>**FASHION BOX GROUP, S.P.A.** *et al.***,**<br><br>        **Defendant(s).** | **Case No.: 11-CV-05629 YGR**<br><br>**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____    _____

_____    _____
Attorney for Plaintiff                              Attorney for Defendant


Dated:_____