*Bryan Cave LLP*
*560 Mission Street, Suite 2500*
*San Francisco, CA 94105*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE WET SEAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FASHION BOX GROUP, S.p.A, FASHION BOX, S.p.A., and Does 1–50, <br><br> Defendants. | Case No. 4:11-cv-05629-YGR <br><br> **[PROPOSED] ORDER ON STIPULATION REGARDING CONTINUANCE OF PRE-TRIAL DATES PURSUANT TO ORDER DENYING STIPULATED REQUEST TO CONTINUE TRIAL DATE** <br><br> Date Action Filed: November 21, 2011 <br> Judge: Honorable Yvonne Gonzalez Rogers |

The Court has considered the parties' joint request to amend the Case Management and Pre-Trial Order, and **AMENDS** the Case Management and Pre-Trial Order as follows:

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF | 8/9/2013 |
| DISCLOSURE OF EXPERTS (RETAINED/NONRETAINED) | Opening:  9/14/2013 <br><br> Rebuttal:  9/28/2013 |
| EXPERT DISCOVERY CUTOFF | 11/9/2013 |

Otherwise the parties' request is **DENIED**.  The Court is not willing to change the date for dispositive motions.

This terminates Dkt. No. 36.

IT IS SO ORDERED.

Dated: May 31, 2013

_____
Honorable Yvonne Gonzalez Rogers
District Court Judge