# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE WET SEAL, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>FASHION BOX GROUP, S.p.A, FASHION BOX, S.p.A., and Does 1–50,<br><br>          Defendants. | Case No. 4:11-cv-05629-YGR<br><br>**[~~PROPOSED~~]**<br>**ORDER ON STIPULATION REGARDING CONTINUANCE OF PRE-TRIAL DATES PURSUANT TO ORDER DENYING STIPULATED REQUEST TO CONTINUE TRIAL DATE**<br><br>Date Action Filed: November 21, 2011<br>Judge: Honorable Yvonne Gonzalez Rogers |

Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105

The Court has considered the parties' joint request to amend the Case Management and Pre-Trial Order, and **AMENDS** the Case Management and Pre-Trial Order as follows:

| NON-EXPERT DISCOVERY CUTOFF | 8/9/2013 |
|---|---|
| DISCLOSURE OF EXPERTS (RETAINED/NONRETAINED) | Opening: 9/14/2013<br>Rebuttal: 9/28/2013 |
| EXPERT DISCOVERY CUTOFF | 11/9/2013 |

Otherwise the parties' request is **DENIED**. The Court is not willing to change the date for dispositive motions.

This terminates Dkt. No. 36.

IT IS SO ORDERED.

Dated: May 31, 2013

_____
Honorable Yvonne Gonzalez Rogers
District Court Judge