**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE WET SEAL, INC., | Case No.: 11-CV-05629 YGR |
| Plaintiff, | ORDER VACATING CASE MANAGEMENT CONFERENCE |
| vs. | |
| FASHION BOX GROUP, S.P.A., | |
| Defendant. | |

In light of the confirmation that the parties have completed mediation, the Case Management Conference set for June 17, 2013 is hereby **VACATED**.  Unless requested by the parties, the Court will not schedule a further Case Management Conference.  In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar.  A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

**IT IS SO ORDERED.**

**Date**:  June 13, 2013

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California