# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WET SEAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FASHION BOX GROUP, S.P.A., <br><br> Defendant. | Case No.: 11-CV-05629 YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the confirmation that the parties have completed mediation, the Case Management Conference set for June 17, 2013 is hereby **VACATED**. Unless requested by the parties, the Court will not schedule a further Case Management Conference. In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

**IT IS SO ORDERED.**

Date: June 13, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE