August 6, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WET SEAL, INC., <br> Plaintiff, <br> v. <br> FASHION BOX GROUP, S.P.A., et al., <br> Defendants. | Case No. 11-cv-05629-WHO <br><br> **ORDER GRANTING STIPULATION TO MODIFY DATES** <br><br> Re: Dkt. No. 40, 41 |

The parties have stipulated (Dkt. Nos. 40, 41) to the following amendments to the dates in the Case Management and Pretrial Order (Dkt. No. 32, as amended by Dkt. No. 37):

| | |
|---|---|
| Non-Expert Discovery Cutoff | September 9, 2013 |
| Disclosure Of Experts (Retained/Nonretained) | Opening: October 7, 2013 <br> Rebuttal: October 21, 2013 |
| Expert Discovery Cutoff | November 22, 2013 |
| Dispositive Motions To Be Heard By | December 20, 2013 |
| Compliance Hearing | February 7, 2014 |
| Joint Pretrial Statement | February 14, 2014 |
| Pretrial Conference | March 14, 2014 |
| Trial | April 1, 2014 |

1  The Court ORDERS that the dates be amended as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff | September 9, 2013 |
| Disclosure Of Experts (Retained/Nonretained) | Opening: October 7, 2013<br>Rebuttal: October 21, 2013 |
| Expert Discovery Cutoff | November 22, 2013 |
| Dispositive Motions To Be Heard By | December 18, 2013 |
| Joint Pretrial Statement | February 14, 2014 |
| Pretrial Conference | March 17, 2014 |
| Trial | March 31, 2014 |

**IT IS SO ORDERED.**

Dated: August 6, 2013



_____

WILLIAM H. ORRICK
United States District Judge